# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AQUILES CONDE-SHENERY,** | : | |
| Plaintiff | : | No. 1:21-cv-00676 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **U.S. CITIZENSHIP &** | : | (Magistrate Judge Saporito) |
| **IMMIGRATION SERVICES, et al.,** | : | |
| Defendant | : | |

## ORDER

Before the Court in the above-captioned action is the July 7, 2021 Report and Recommendation of Magistrate Judge Saporito (Doc. No. 11), recommending that the Court dismiss without prejudice Plaintiff Aquiles Conde-Shenery ("Plaintiff")'s complaint for failure to pay the administrative filing fee or file an application to proceed in forma pauperis, as required by the Court's administrative Order dated May 19, 2021 (Doc. No. 10).  No timely objections to the Report and Recommendation have been filed.

**ACCORDINGLY**, on this 23rd day of July 2021, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** the Report and Recommendation (Doc. No. 11) of Magistrate Judge Saporito;

2. Plaintiff's complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**; and

3. The Clerk of Court is directed to **CLOSE** this case.

 s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania